ARLETHIA JONES v. JAMES BUFORD.

June 4, 1975. Petition for certification granted. (See 132 *N. J. Super.* 209)

STATE OF NEW JERSEY v. DERRICK C. BUTLER.

June 4, 1975. Petition for certification denied.

DONALD H. RICHTER v.
CHARLES RUSH CONSTRUCTION CO.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. SANTOS TORRES.

June 4, 1975. Petition for certification denied.

TALCO CAPITAL CORP. v.
CENTRAL JERSEY LANDSCAPE CO., INC.

June 4, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES W. GRIMES.

June 4, 1975. Petition for certification denied.